IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:99CR105

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| TRAVIS MONROE LINDSAY | ) | |

**THIS MATTER** is before the Court to exonerate the real estate lien note and deed of trust posted as bond for the Defendant herein.

Defendant was arrested and released on a secured bond in the amount of $50,000 posted by Bobby K. and Darlene L. Waters in the form of a Real Estate Lien Note and Deed of Trust.[1] The note and deed of trust are being held by the Clerk until final disposition of this case.

Defendant entered a guilty plea to Count One of the indictment herein on January 5, 2000, and sentenced by the undersigned on

---

[1] The Court's file contains only a copy of the promissory note and it has been determined that the original has been lost. The Clerk's Affidavit to this effect is filed herewith.

November 1, 2000, to a 37-month term of imprisonment. There being no further liability on the bond, the Court will order it exonerated.

**IT IS, THEREFORE, ORDERED** that the bond herein referenced is hereby exonerated and the Clerk of Court is directed to write across the face of the Real Estate Lien Note and Deed of Trust that the bond has been exonerated and the Note and Deed of Trust are satisfied, and return same to the Grantors Bobby and Darlene Waters, in care of David G. Belser, Attorney at Law, 17 North Market Street, Asheville, North Carolina, 28801.

**IT IS FURTHER ORDERED** that the Clerk sign the Affidavit of Lost Note and file same contemporaneously with this Order.

Signed: April 27, 2006

Lacy H. Thornburg
United States District Judge